

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00290-CR

| | | |
|---|---|---|
| Jay Thayer Williams | § | From the 372nd District Court |
| | § | of Tarrant County (1154636D) |
| v. | § | December 5, 2013 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Ann Dauphinot